# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

SANTOS DE LEON MARQUIN,

    Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

    Respondents.

Case No. 1:26-CV-486

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Petitioner Santos de Leon Marquin's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. (Doc. 1). Respondents have filed a return and response in opposition, (Doc. 4), and Petitioner has replied, (Doc. 5). Petitioner has also filed a supplemental memorandum in response to the Court's notation order of May 26, 2026. (Doc. 6).

Respondents now concede that the Sixth Circuit's recent opinion in *Lopez-Campos v. Raycraft*, No. 25-1965, ___ F.4th ___, 2026 U.S. App. LEXIS 13519 (6th Cir. May 11, 2026), controls here. As a result, "Respondents assert that the proper next step is for Petitioner to seek a bond redetermination with an immigration judge." (Doc. 4, PageID 96). Although the Court asked Petitioner to supplement the record by stating whether he had already done so, Petitioner's brief was nonresponsive. (*See* Doc. 6). Thus, to the extent that he has not already done so, Petitioner is entitled to request—and receive in a timely manner—a constitutionally adequate custody

1

redetermination hearing under the same conditions that the Court has mandated in each of its prior immigration detention habeas cases. *See, e.g.*, *Diallo v. Raycraft*, No. 1:26-CV-423, ___ F.Supp.3d ___, 2026 U.S. Dist. LEXIS 118446, at *6-7 (S.D. Ohio May 18, 2026).

**IT IS SO ORDERED.**

_/s/ Michael R. Barrett_
Michael R. Barrett
United States District Judge