# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

|  |  |
|---|---|
| SANTOS DE LEON MARQUIN, | Case No. 1:26-CV-486 |
| Petitioner, | |
| | Judge Michael R. Barrett |
| v. | |
| MARKWAYNE MULLIN, et al., | **ORDER** |
| Respondents. | |

This matter is before the Court on Respondents' motion to terminate. (Doc. 8). The record now reflects that Petitioner Santos de Leon Marquin was afforded a constitutionally compliant custody redetermination hearing before an Immigration Judge. Accordingly, Respondents' obligations are **DISCHARGED**, and this matter is **CLOSED**.[1]

**IT IS SO ORDERED.**

/s/ Michael R. Barrett
Michael R. Barrett
United States District Judge

---

[1] The Court will retain jurisdiction to enforce its grant of relief and adjudicate any collateral issues. *See, e.g.*, *Cooter & Gell v. Hartmax Corp.*, 496 U.S. 384, 395 (1990).